United States Courts
Southern District of Texas
FILED

*July 14, 2020*

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | Cause No. **5:20-CR-1460** |
| v. | | (UNDER SEAL)   **DS** |
| DAVID ALLEN PARKER | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Introduction

At all times material to this indictment:

1. David Allen Parker, the Defendant, was a resident of Laredo, Texas, and was employed as a Special Agent with the Department of Homeland Security.

2. "T.C." was a resident of Santa Fe, Texas who died on or about June 18, 2019.

3. "D.D." was a Border Patrol agent who died in the line of duty when struck by a motor vehicle near Abilene, Texas on or about February 2, 2019.

4. "M.L." was a resident of Austin, Texas who died on or about November 29, 2018.

1

5. Kashable LLC was a licensed consumer finance company, providing loans to Federal Employees and other qualified borrowers, and had a physical location at 489 5th Avenue, 18th Floor, New York, NY 10017.

6. Beginning in approximately early 2018, and through July of 2019, Defendant Parker engaged in a scheme to defraud Kashable by stealing personal identifying information (hereinafter referred to as PII) and using this PII to apply for loans.

## COUNTS ONE - THREE
## (WIRE FRAUD - Title 18 U.S.C. § 1343)

7. The Grand Jury adopts, re-alleges, and incorporates herein the Introduction section of the Indictment as if set out fully herein.

### The Scheme

8. Beginning on or about December 12, 2018, and continuing through July 15, 2019, in the Laredo Division of Southern District of Texas and elsewhere, the Defendant,

### DAVID ALLEN PARKER

did knowingly devise and intend to devise a scheme and artifice to defraud and for obtaining money by means of materially false and fraudulent pretenses, representations and promises, and to knowingly use and cause to be used interstate

2

wire communications facilities in carrying out the scheme to defraud, in violation of Title 18, United States Code, Section 1343.

## Manner and Means of the Scheme

It was part of the scheme that:

9. Defendant Parker would and did steal personal identifying information (PII) of others.

10. Defendant Parker would and did transmit the stolen PII to Kashable, LLC through the internet using Kashable LLC's on-line loan application portal.

11. Defendant Parker would and did use the stolen PII to create counterfeit identification documents.

12. Defendant Parker would and did assume the stolen identities to apply for loans.

## Execution Of The Scheme And Artifice

13. On or about the dates set forth below, in the Laredo Division of the Southern District of Texas and elsewhere, the defendant David Allen Parker, for the purpose of executing the aforementioned scheme and artifice to defraud and in an attempt to obtain money by material false and fraudulent representations, pretenses and promises, did knowing cause to be transmitted by the internet and private and commercial interstate carriers, the following matters:

| COUNT | DATE of on-line loan application (on or about) | VICTIM PII (Initials) | LENDER | LENDER LOCATION | LOAN AMOUNT |
|---|---|---|---|---|---|
| 1 | December 12, 2018 | M.L. | Kashable, LLC | New York, NY | $18,650.00 |
| 2 | February 7, 2019 | D.D. | Kashable, LLC | New York, NY | $3,750.00 |
| 3 | July 7, 2019 | T.C. | Kashable, LLC | New York, NY | $11,000.00 |

In violation of Title 18, United States Code, Section 1343.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By: _____
Craig M. Feazel
Assistant United States Attorney
Southern District of Texas
713-567-9578

USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
**SEALED**

**5:20-cr-1460**

No. _____

LAREDO DIVISION

USAO Number:

Magistrate Number:

CRIMINAL INDICTMENT    Filed   July 14, 2020   Judge: **DS**

UNITED STATES of AMERICA
vs.

ATTORNEYS:
**RYAN K. PATRICK, USA**    (713) 567-9000
CRAIG FEAZEL, AUSA    (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| DAVID ALLEN PARKER | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3 )

Cts. 1-3 Wire Fraud [18 USC § 1343]

PENALTY:  Cts. 1-3:  Up to 20 years imprisonment and/or $250,000 fine; 3 years SRT; $100 SA

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: