UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                          Case Number: 5:20–cr–01460

David Allen Parker

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
by video
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 7/24/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 17, 2020

                                      David J. Bradley, Clerk